IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LE'ASIA ANN CRUM, as dependent Daughter and next of kin of Robert Crum, Jr., deceased, *et al*, | : : : |
| Plaintiffs, | : |
| vs. | :   Civil Action No. 2:20-00452-KD-N |
| HANKOOK MANUFACTURING COMPANY, LTD, a foreign corporation formerly known as Hankook Tire Company, Ltd, *et al*., | : : |
| | : |
| Defendants. | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated December 28, 2020 (doc. 11) is ADOPTED as the opinion of this Court, with the exception of Part III(c).

Accordingly, Plaintiffs' motion to remand (doc. 7) is GRANTED and this action is remanded to the Circuit Court of Dallas County, Alabama. Plaintiffs' motion for attorneys' fees and costs (doc. 13) is DENIED.

DONE this the 8th day of February 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE